

243 So.2d 819

**In the Matter of LOUISIANA CITRUS LANDS, INC., a Louisiana Corporation.**

No. 51195.

Feb. 17, 1971.

 There is no error in the ruling complained of.

 Section 11 of Article VII of the Louisiana Constitution provides the exclusive remedy for obtaining writs of review of judgments of the Courts of Appeal, Heirs of P. L. Jacobs, Inc. v. Johnson, 221 La. 473, 59 So. 2d 691. In view of applicant's failure to file the application within thirty days of the date a rehearing was refused by the Court of Appeal, the application cannot be considered. Sections 2 and 10 of Article VII of the Louisiana Constitution are clearly inapplicable.